Submitted November 27, 2012, remanded for resentencing; otherwise affirmed January 9, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL ANGELO QUINTERO,
*Defendant-Appellant.*

Washington County Circuit Court
C092708CR; A146786

295 P3d 684

Peter Gartlan, Chief Defender, and Jonah Morningstar, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Haselton, Chief Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

Defendant was convicted of second-degree theft, ORS 164.045, and sentenced to probation. In addition, the trial court imposed restitution in the amount of $2,105. On appeal, defendant asserts that the "trial court erred in imposing restitution in the absence of any evidence that [his] criminal conduct caused the victim's economic loss." The state concedes that, under the circumstances presented here, the trial court erred in imposing restitution. We agree and accept that concession. *See State v. Dillon*, 292 Or 172, 181, 637 P2d 602 (1981) (for imposition of restitution to be proper, a defendant's criminal activity must be the cause of pecuniary damage). Accordingly, the case must be remanded for resentencing.

Remanded for resentencing; otherwise affirmed.